The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> DOUGLAS BLOUIN, <br> Defendant. | NO. CR16-307TSZ <br><br> ORDER EXTENDING RESPONSE DATE |

The parties' stipulated motion, docket no. 27, extending the government's response date is GRANTED.

IT IS HEREBY ORDERED that the government's response to the defendant's motion to compel, docket no. 25, shall be due April 25, 2017. Any reply by defendant shall be due on April 28, 2017.

DATED this 13th day of April, 2017.

Thomas S. Zilly
United States District Judge

Presented by:

*/s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney

*/s/ Mohammad Ali Hamoudi*
MOHAMMAD ALI HAMOUDI
Attorney for Defendant

ORDER EXTENDING RESPONSE DATE - 1
CR16-307TSZ/BLOUIN