The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR16-307TSZ |
| Plaintiff, | |
| v. | ORDER GRANTING GOVERNMENT'S MOTION TO FILE A RESPONSE IN EXCESS OF 12 PAGES |
| DOUGLAS BLOUIN, | |
| Defendant. | |

The Court having reviewed the Government's Motion, docket no. 37, to File a Response in Excess of Twelve Pages, enters the following order:

IT IS HEREBY ORDERED that the motion is GRANTED. The Government may file a response to Defendant's Motion to Compel Discovery that does not exceed 25 pages.

DATED this 27th day of April, 2017.

/s/ Thomas S. Zilly
Thomas S. Zilly
United States District Judge

Presented by:

*s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney

Order to File a Memorandum in Excess of 12 Pages - 1
BLOUIN/CR16-307TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970