THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR16-307-TSZ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO EXTEND NOTING DATE FOR REPLY |
| DOUGLAS BLOUIN, | |
| Defendant. | |

This matter comes before the Court on the Defendant's unopposed motion , docket no. 39, to extend the reply noting date to Government's response to Defendant's motion to compel.

It is now hereby GRANTED. Defendant's reply to the Government's response to motion to compel is due by May 5, 2017.

DONE this 27th day of April, 2017.

_____
THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Mohammad Ali Hamoudi*
Assistant Federal Public Defender
Attorney for Douglas Blouin

ORDER GRANTING MOTION TO
EXTEND NOTING DATE FOR REPLY
*(Douglas Blouin*, CR16-307) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100