UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS BLOUIN,<br><br>Defendant. | NO. CR16-307TSZ<br><br>DISCOVERY PROTECTIVE ORDER |

This matter, having come to the Court's attention on the parties' Stipulation for Entry of a Discovery Protective Order, docket no. 42, and the Court, having considered the motion, and being fully advised in this matter, hereby enters the following DISCOVERY PROTECTIVE ORDER:

1. This Order governs all discovery material in any format (written or electronic) that is produced by the government in discovery in the above captioned case and is identified or marked as "Protected Material" or "LE Sensitive Material."

2. Possession of copies of Protected Material is limited to the defense attorneys of record, members of the defense team employed by the Office of the Federal Defender, and the following expert retained to assist the defense: Terry Lahman (collectively the "defense team").

3. The defense team may review Protected Material with the defendant but may not give a copy of any Protected Material to the defendant or any other party not a

DISCOVERY PROTECTIVE ORDER - 1
*United States v. Blouin*, CR16-307TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

member of the defense team. The defendant and members of the defense team shall not disclose the content of any Protected Material to any person who is not a member of the defense team.

4. The government will make LE Sensitive Material available to the defense team for inspection and review at a government facility. Members of the defense team are not entitled to have copies of LE Sensitive Material but may take notes during their review of this material. Any such notes shall be treated as Protected Material and shall be subject to the restrictions imposed on Protected Material by this Order. The defense team may discuss the content of any LE Sensitive Material with the defendant. However, the defendant and members of the defense team shall not disclose the content of any LE Sensitive Material to anyone who is not a member of the defense team.

5. Nothing in this Order should be construed as imposing any discovery obligations on the government or the defendant that are different from those imposed by case law, Rule 16 of the Federal Rules of Criminal Procedure, and the Local Criminal Rules.

6. Any Protected Material or LE Sensitive Material, or information contained therein, filed with the Court in connection with pre-trial motions, trial, sentencing, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court. This does not entitle either party to seal their filings as a matter of course, however. The parties are required to comply in all respects to the relevant local and federal rules of criminal procedure pertaining to the sealing of court documents.

7. The provisions of this Order shall not terminate at the conclusion of this prosecution.

8. Upon the termination of this case, any Protected Material (or copies thereof), or information contained therein, in the possession of the defense team shall be destroyed or returned to the United States.

DISCOVERY PROTECTIVE ORDER - 2
*United States v. Blouin*, CR16-307TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

9. Any violation of any term or condition of this Order by the defendant, his attorney(s) of record, or any member of the defense team, is punishable by contempt of court, and/or may be subject to monetary or other sanctions as deemed appropriate by this Court.

10. If the defendant violates any term or condition of this Order, the United States reserves its right to seek a sentencing enhancement for obstruction of justice, or to file any criminal charges relating to the defendant's violation.

DATED this 28th day of April, 2017.

_____
Thomas S. Zilly
United States District Judge

Presented By:

*/s/ Matthew P. Hampton*            */s/ Mohammad Hamoudi*
MATTHEW P. HAMPTON           MOHAMMAD ALI HAMOUDI
Assistant United States Attorney      Attorney for Douglas Blouin

DISCOVERY PROTECTIVE ORDER - 3
*United States v. Blouin*, CR16-307TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970