UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DOUGLAS BLOUIN,

    Defendant.

CR16-307 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Defendant's motion for leave to file an over-length brief, docket no. 44, is GRANTED, and defendant's 17-page reply, docket no. 46, in support of his motion to compel is accepted.

(2)    Defendant's motion to seal, docket no. 45, is GRANTED. Defendant's reply, docket no. 46, and Exhibits 2-5 thereto, docket no. 46-1, shall remain under seal. The Court notes, however, that Exhibits 2 and 4 should not have been filed under seal because they consist of (i) a publicly available transcript of a hearing held on May 12, 2016, in W.D. Wash. Case No. CR15-5351 RBJ, and (ii) a publicly available judgment of dismissal filed on December 7, 2016, in S.D. Cal. Case No. 13CR2706-AJB. Defendant shall file a redacted version of his reply within seven (7) days of the date of this Minute Order. *See* Local Civil Rule 5(g)(5).

(3)    The Government's motion for leave to file a surreply, docket no. 47, is GRANTED, and the Government's surreply, docket no. 48, is accepted.

(4)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of May, 2017.

                      William M. McCool
                      Clerk

                      s/Karen Dews
                      Deputy Clerk

MINUTE ORDER - 1