UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

DOUGLAS BLOUIN,

Defendant.

CR16-307 TSZ

ORDER

THIS MATTER having come before the Court on defendant's unopposed oral motion for a continuance of the trial and the pretrial motions due date, and the Court having considered the arguments of counsel at the hearing on May 11, 2017, the speedy trial waiver executed by defendant, and the records and files herein, the Court enters the following order:

1. A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). In addition, the failure to grant a continuance in the proceeding would be likely to result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

ORDER - 1

2. The ends of justice will be served by ordering a continuance in this case, as a continuance is necessary to ensure adequate time for the defense to effectively prepare for trial. All of these factors outweigh the best interests of the public and defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

For the foregoing reasons, defendant's unopposed motion to continue trial is GRANTED. The trial date shall be continued from June 12, 2017, to August 21, 2017. Pretrial motions are to be filed no later than June 23, 2017.

IT IS FURTHER ORDERED that the resulting period of delay from the date of this Order until the new trial date is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated this 11th day of May, 2017.

Thomas S. Zilly
United States District Judge

ORDER - 2