THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR16-307-TSZ |
| Plaintiff, | ORDER GRANTING MOTION TO FILE OVERLENGTH BRIEF |
| v. | |
| DOUGLAS BLOUIN, | |
| Defendant. | |

Upon the motion of the Defense, docket no. 58, to file an Overlength Motion in Support of Motion to Dismiss Indictment in excess of the twelve-page limitation imposed by Local Rule 12(b)(5) of the Rules of the United States District Court for the Western District of Washington,

IT IS HEREBY ORDERED that leave of the Court is hereby granted for the defendant to file a Motion to Dismiss Indictment not to exceed 13 pages.

IT IS SO ORDERED.

DONE this 29th day of June, 2017.

_____
Thomas S. Zilly
United States District Judge

Presented by:

s/ *Mohammad Hamoudi*
Assistant Federal Public Defender
Attorney for Douglas Blouin

ORDER GRANTING MOTION
TO FILE OVERLENGTH BRIEF
(*Douglas Blouin*, CR16-307-TSZ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**