UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DOUGLAS BLOUIN,

    Defendant.

CR16-307-TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion, docket no. 60, to file overlength motion to suppress is GRANTED. The Government's response to defendant's motion to suppress, docket no. 61, shall not exceed sixteen (16) pages in length; and defendant's reply shall not exceed eight (8) pages in length.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of June, 2017.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1