UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR16-307TSZ |
| Plaintiff, | |
| v. | ORDER EXTENDING RESPONSE DATE |
| DOUGLAS BLOUIN, | |
| Defendant. | |

The parties' stipulated motion extending the government's response date is GRANTED.

IT IS HEREBY ORDERED that the government's responses to the defendant's pretrial motions (docket nos. 59, 61, 62, 63) shall be due July 14, 2017, and any replies shall be due July 21, 2017. Defendant's motions, docket nos. 59, 61, 62, and 63 are RENOTED to July 21, 2017.

DATED this 29th day of June, 2017.

Thomas S. Zilly
United States District Judge

Presented by:

*/s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney

*/s/ Mohammad Ali Hamoudi*
MOHAMMAD ALI HAMOUDI
Attorney for Defendant

ORDER EXTENDING RESPONSE DATE - 1
CR16-307TSZ/BLOUIN