UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

DOUGLAS BLOUIN,

        Defendant.

CR16-307 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion to seal, docket no. 57, is GRANTED as follows. Defendant's motions and supporting exhibits, docket nos. 59, 59-1, 59-2, 59-3, 61, 61-1, 61-2, 62, 62-1, and 63, other than Exhibit G, docket no. 64, shall remain under seal. The Government may file its responses and related papers under seal without filing a separate motion to seal. If defendant needs to file his reply materials under seal, he may do so by reference to this Minute Order and without filing a separate motion to seal.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of June, 2017.

                                           William M. McCool
                                           Clerk

                                           s/Karen Dews
                                           Deputy Clerk

MINUTE ORDER - 1