UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>DOUGLAS BLOUIN,<br><br>            Defendant. | CR16-307 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Government's supplement, docket no. 76, to its response to defendants' motion to dismiss indictment, and Exhibit 1 to such supplement, docket no. 76-1, as well as the Declaration of Brian Lynn, docket no. 79, shall remain under seal pursuant to the Minute Order entered June 30, 2017, docket no. 70. As indicated in such Minute Order, the Government was not required to file a separate motion to seal. The Government's motions to seal, docket nos. 75 and 78, are STRICKEN as moot. The Court strongly encourages the Government to read the Minute Orders filed by the Court to avoid unnecessary filings.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of July, 2017.

                                    William M. McCool
                                    Clerk

                                    s/Karen Dews
                                    Deputy Clerk

MINUTE ORDER - 1