# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DOUGLAS BLOUIN,<br><br>    Defendant. | CR16-307 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   Defendant's reply briefs, docket nos. 83, 84, 85, and 86, shall remain under seal pursuant to the Minute Order entered June 30, 2017, docket no. 70. As indicated in such Minute Order, defendant was permitted to file his replies under seal without filing a separate motion to seal. Defendant's motion to seal, docket no. 82, is STRICKEN as moot. Defense counsel are strongly encouraged to read the Minute Orders filed by the Court to avoid unnecessary filings. *See* Minute Order (docket no. 70); *see also* Minute Order (docket no. 80).

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of July, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1