UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

           Plaintiff,

  v.

DOUGLAS BLOUIN,

           Defendant.

CR16-307 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    The parties' stipulated motion to unseal certain materials, docket no. 118, is GRANTED as follows:

        (a)    Defendant's motion to exclude RoundUp eMule evidence, docket no. 62, and Exhibit F thereto, docket no. 62-1, are UNSEALED;

        (b)    Defendant's motion for *Franks* hearing, docket no. 63, is UNSEALED;

        (c)    Defendant's reply regarding motion to suppress evidence, docket no. 84, is UNSEALED;

        (d)    Defendant's reply regarding motion to exclude RoundUp eMule evidence, docket no. 85, is UNSEALED, but Exhibit J thereto, docket no. 85-1, shall REMAIN under seal; and

        (e)    Defendant's reply regarding motion for *Franks* hearing, docket no. 86, is UNSEALED.

MINUTE ORDER - 1

(2) The following materials shall REMAIN under seal: (a) Defendant's reply regarding motion to compel discovery, docket no. 46, and Exhibits 2-5 thereto, docket no. 46-1; (b) Defendant's motion to suppress, docket no. 61, and Exhibits D and E thereto, docket nos. 61-1 & 62-2; and (c) Defendant's reply regarding motion to dismiss indictment, docket no. 83, and Exhibits H-L thereto, docket nos. 83-1 – 83-4. The parties may file agreed-upon redacted versions of any of these materials. They are encouraged to consult with the Court's case administrator, Sharita Tolliver, to ensure the redacted versions are properly docketed.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of December, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2