# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

DOUGLAS BLOUIN,

    Defendant.

No. CR16-307-TSZ

**FINAL ORDER OF FORFEITURE**

THIS MATTER comes before the Court on the United States' Motion, docket no. 124, for Entry of a Final Order of Forfeiture ("Motion") for the following property:

1. One Dell 660 computer, seized from the Defendant on or about October 27, 2016;

2. One Seagate internal hard drive (Model#:ST3250824SV, serial number 5ND4Y7AL), seized from the Defendant on or about October 27, 2016;

3. One Seagate internal hard drive (Model#: ST31500541AS, serial number 6XW0TPT2), seized from the Defendant on or about October 27, 2016; and,

4. Any and all depictions of minors engaged in sexually explicit conduct.

Final Order of Forfeiture - 1
*U.S. v. Douglas Blouin,* CR16-307-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On October 25, 2017, the Court entered a Preliminary Order of Forfeiture finding the above-identified property forfeitable pursuant to 18 U.S.C. § 2253 and forfeiting the Defendant's interest in it (Dkt. No. 108);
- Thereafter, the United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 123) and provided direct notice to a potential claimant as required by Fed. R. Crim. P. 32.2(b)(6)(A) (Declaration of AUSA Jensen in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Ex. A); and,
- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified property exists in any party other than the United States;

2. The above-identified property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The Department of Homeland Security, and/or its authorized representatives, are authorized to dispose of the above-identified property as permitted by governing law.

IT IS SO ORDERED.

DATED this 16th day of February, 2018.

*Thomas S. Zilly* (signature)

Thomas S. Zilly
United States District Judge

Final Order of Forfeiture - 2
*U.S. v. Douglas Blouin,* CR16-307-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:


   */s Michelle Jensen*
MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-2242
Michelle.Jensen@usdoj.gov

Final Order of Forfeiture - 3
*U.S. v. Douglas Blouin,* CR16-307-TSZ

UNITED STATES ATTORNEY
700 S<small>TEWART</small> S<small>TREET</small>, S<small>UITE</small> 5220
S<small>EATTLE</small>, W<small>ASHINGTON</small> 98101
(206) 553-7970