UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DOUGLAS BLOUIN,<br><br>    Defendant. | CR16-307 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   Defendant's motion, docket no. 128, for leave to file an overlength motion is GRANTED, and defendant's 24-page motion for compassionate release, docket no. 129, will be considered.

(2)   The Government's motion, docket no. 134, for leave to file an overlength response is GRANTED, and the Government's 14-page response, docket no. 135, to defendant's motion for compassionate release will be considered.

(3)   Defendant's motion, docket no. 130, to seal is GRANTED, and Exhibits A, B, and G, docket nos. 131, 131-1, and 131-2, to defendant's motion for compassionate release shall remain under seal.

(4)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of August, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1